# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRANCIS HADDOCK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN KERESTAS, Superintendent; ) <br> HON. STEPHEN A. ZAPPALA, ) <br> Allegheny County District Attorney, and ) <br> THE ATTORNEY GENERAL OF THE ) <br> STATE OF PENNSYLVANIA, ) <br> ) <br> Respondents. | Civil Action No. 2: 12-cv-0175 <br><br> Judge Mark R. Hornak |

## ORDER OF COURT

**AND NOW**, this 10th day of January, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 22), as supplemented by the Opinion filed contemporaneously herewith, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Mark R. Hornak
United States District Judge

cc: JAMES FRANCIS HADDOCK
GE-9401
S.C.I. Dallas
1000 Follies Road
Dallas, PA 18612

Keaton Carr
Office of the District Attorney of Allegheny County